NO. Cause 03-18-00001-CV

IN THE
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED
January 2, 2018
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ARDELL NELSON Jr                                    Appellant
        VS.
THE STATE OF TEXAS                                  APPELLEE

Appeal From The 331st Judicial District Court
        Travis County Austin, Texas
                Cause NO.

Plaintiff Original Application Writ Of Mandamus.
Now Comes, Ardell Nelson Jr. hereinafter Known As
The Petitioner in the above styled and Number
Caused, To Request the Honorable Court GRANT
the petition OF Mandamus Pursuant to Article
11.07 Section 3(c) OF The Texas Code of Criminal
procedure An Would, in support thereof Show:
                        I.
That the petitioner has Attempted to Exhaust all
State Remedies by Filing A Petition For writ of
habeas Corpus ON the 27 day Of Dec 2017.

Pg(1)

with the trial Court in this Cause, reguarding the illegal detention of the Petitioner, in the liberty restrained against his will by Director (mrs. Lori DAVis) of the Texas Department of Criminal Justice Correction Institutional Division.

## II.

The effective this date. 12-27- _____ 2017 NO Action has been taken on The Petitioner's petition For writ habeas Corpus.

the Petitioner's has Filed timely Request's For Judicial Review (MoTion For Request of Counsel Art. 64.01 (C). in obtaining an order Request FOR D.NA but the trial Court ignore the petition's As demonstrated with enclosure, this Honorable Court will be able to reCOONize the intentional disreguard For Inmate Rights, demonstrated by The trial Court's of Austin, Texas. Travis, County.

;The Rights To Assistance of Counsel:

1) Relator: Ardell Nelson Jr # 482188 has A Right to A Counsel under the united states Constitutional Amendment under the sixth 6th and Fourteenth 14th Amend equal Protection Due process Clause.

Pg(2)

2) Relator: Ardell Nelson Jr Submitt an (2) SWORN AFFIDAVIT
A) SWORN AFFIDAVIT Inability to Pay Cost: unable
To Pay Court Costs, or Cost For DNA Testing; B) SWORN
AFFIDAVIT unable to Paid Cost For Counsel: In obtaining
an order For DNA Testing From this (TRAVIS County, Austin
TEXAS.) Court.

3) The trial Court may order A hearing.
if the trial Court elects to hold a hearing that
Court Should First decide whether Relator (Ardell
Nelson Jr.) is indigent.

if The trial Court Finds that Relator (Ardell Nelson Jr)
is indigent, and Relator desires representation by
Counsel, the trial court will then pursuant to the
Provision of Art. 26.04 V.A.C.C.P Appoint an Attorney
To represent him at the hearing and Conduct
A Finding of Fact and Conclusion.

   Violation of Due Process Clause equal Protect-
ion, 5th and Fourteenth Amendment united States

1) Relator: (Ardell Nelson Jr) has executed an AFFID-
AVIT IN support of his Motion For DNA Testing.
2) The evidence still exists and is in a Condition
making DNA Testing possible;

pg (3)

3) Tex. Cod Crim. Pro., Ann Art. 38.43 (west supp 2010). Current Law provides that material required to be perserved must be so until (1) The defendant (Ardell Nelson Jr) is executed, dies, or is released on parole in a capital case; or (2) The defendant dies, or ~~is released on parole~~ completes his sentence To a Term of confinement or imprisonment er is - Release on parole er mandatory supervision Tex cod cr. Proc, Ann Art 38.43 (c) (1) - (2)

Additionally! the attorney of the state, the clerk, or official may destroy the evidence if they notify the defendant.

4) Relator, asserts the evidence still exists and is in a condition making DNA Testing possible; 5) That relator (Ardell Nelson Jr) he be the convicted person in the offense For which he is requesting testing of himself;

6) Mr Ardell Nelson Jr, who was never tested for the transmitted disease condition, to prove his innocence To The courts and Jury; truely violated his due process and constitutional rights.

7) In the sworn Affidavit that stated the alleged victim Monica Jackson was reported with "Tears in the vagina and the Rectal (Anus), and where she Tested positive FoR

pg (4)

For "chlAMYdiA" by examiner Dr. B NAUERT;

8) Relator: request to the courts to subpoena the medical Records from huntsville, TX Prison Medical Records Dionostic Center P.o. Box 99 Huntsville TX 77342). of (Ardell Nelson Jr)

9) Also subpoena the medical Records Hospital M.D (Ms Beth W. Nauert) 4701 westgate Suite C Austin TX 78 745:

10) Relator (Ardell Nelson Jr) has a right to Due Process Clause equal protection of the Law 5th and 14th Constitutional Amendment also entitled S.B 487 This act was Govern by State Law effected (9-1-15);

Application For writ of Mandamus

This petition For writ of Mandamus directing the court to hear, and rule on his Motion For Request Appointment of counsel to Assist him in obtaining an ORDer FoR DNA Testing Pursuant to Art. 64.01 (C) Code of Criminal Procedures enacted as Senate Bill 3 effective April 5, 2001.

Relator, asserts the trial court has No discretion To refuse to hear and rule on a Motion Request For Appointment of counsel Art. 64. cod. of criminal procedure. and DNA testing: because A refusal To Timely rule on a Motion Frustrates the Judicial system and Constitutes a denial of Due course of law See Barnes v. state 832 S.W.2d 424 426 Tex. App Houston)

When A Motion is Properly Filed and Pending before a trial Court, the Act of giving Consideration To and ruling upon The Motion is a Ministerial act, and mandamus may issue To Compel The trial Judge To act. See Safety Klean Corp v. Garcia 945 S.W. 268, 269 (TeX. APP. San antonio,TX 1977) See also Eli Lilly and Co. v. Marshall, 829 S.W 2d 157, 158 (TeX. 1992)

Relator (Ardell Nelson Jr.) has received NO response from the trial Court 331st Austin,TX Travis County, and it has been over (71 days) seventy one days:

Mandamus is an extraordining remedy and it will lie only To Correct a Clear abuse of discretion or the Violation of A duty imposed by law when there is No adequate remedy by Appeal. See Walker v. Packer Sw2d 833 841 (TeX 1992)

See Eli Lilly and Co. v. Marshall 829 Sw2d 157, 158 (TeX 1992) holding trial court abused it's discretion by refusing to Conduct a hearing and render decision on Motion. Chiles v. Schuble 788 S.w2d 205, 207 [TeX. APP. —Houston[14 Dist] Finding Mandamus Appropriate to require trial Judge to hold hearing and exercise discretion).

However, Nelson, has Provided This Court with a Copy of the Motion Request For Appointment of counsel Pursuant To Art. 64, Code of Criminal Procedure.

Under Chpt. Article 64.02 Provides

ON receipt of the motion [ For DNA Testing] the Convicting Court shall:

1) Provide the Attorney representing the state with A Copy of The Motion and

2) require the attorney representing the state TO: (A) deliver the evidence to the Court along with A discription of the conditition of the evidence or exsplain in writting TO the TO the Courts why the state cannot deliver the evidence TO the Courts.

defendant asserts, had the results of the DNA Testing been available at the trial, there is A 51% chance That The defendant would Not have been Convicted, Art 64.04 Provides;

After examining the results of testing under Art. 64.03 the Convicting Court shall hold A hearing, and make finding as to whether, what happen to the evidence at trial where as the Jury found him guilty of, had the results been Available That the Person Would Not been Convicted...

## SWORN AFFIDAVIT

I, Ardell Nelson Jr # 482188 am over the age 18 YRS old with the Facts; I declare under the Penalty of Perjury that the Foregoing is true and Correct TO The best of my Knowledge (Fed. Law) 28 U.S.C § 1746 State Law V.T.C.A § 132.001 Tex Civ-pro. and Remedies Code. 132.003

# SWORN AFFIDAVIT

I, Ardell Nelson Jr #482188 am over the age 18 yrs old The Facts I Declare under the penalty of perjury that the foregoing is true and correct To the best of my knowledge (Fed. Law) L 28 U.S.C.§ 1746 State law V.T.C.A 132.001 Tex. Civ. Pro. And Remedies Cod. 132.003

## Declaration

I, declare under the penalty of perjury that the foregoing Affidavit is once again true & correct I am presently incarcerated at the McConnell unit 3001 S. Emily DR At Beeville Texas 78102.

Signed on this Date 12-27 2017

## Certificiate of Service

I, am Ardell Nelson Jr #482188 being presently incarcerated At McConnell unit, Beeville Texas 78102. I, am unable to pay income or Buisness within the last months Nor Assets, Nor does Anyone depend on me.

The Foregoing statement is true under the penalty of perjury, pursuant to 28 U.S.C.§ 1746 State Law V.C.T.A 132.001, Tex Civ. Practice and Remedies Cod. 132.003)

## PRAYER

Wherefore, premises Considered Applicant prays this Court GRANT extraordinary relief - or ORDER For DNA Testing -

8

And Appointment of Counsel under Chpt. 64 Article 64 Texas Cod of Criminal Procedures.

The testing will show the above cause in this Cases and EXONARATION OF AN INNOCENT MAN....

Respectfully submitted

Ardell Nelson Jr

Ardell Nelson Jr # 482188

McConnell Unit
3001 S. Emily DR
Beeville, Texas 78102

12-27-17
c.c on file

Ardell Nelson Jr 482188
McConnell Unit
3001 S, Emily DR
Beeville, Texas 78102

REC...
JAN 0 2 ...
THIRD CO...
JEFF...



SAN ANTONIO PROC 782 ZIP
THU 28 DEC 2017 AM

COURT OF APPEALS
For The
Third District of Texas
P.O, BOX 12547
Austin Texas 78711 ~ 2547